**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| WEYERHAEUSER COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 17-177-GMS |
| ) | |
| DOMTAR CORPORATION and ) | |
| DOMTAR PAPER COMPANY, LLC, ) | |
| ) | |
| Defendants. ) | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Weyerhaeuser Company and Defendants Domtar Corporation and Domtar Paper Company, LLC, hereby stipulate that all claims in this action are hereby dismissed with prejudice, with each party to bear its own costs, expenses and attorneys' fees.

| | |
|---|---|
| */s/ Stephen B. Brauerman* | */s/ Katharine L. Mowery* |
| Stephen B. Brauerman (#4952) | Chad M. Shandler (#3796) |
| Evan T. Miller (#5364) | Katharine L. Mowery (#5629) |
| Bayard, P.A. | Richards, Layton & Finger, P.A. |
| 222 Delaware Avenue, Suite 900 | 920 North King Street |
| Wilmington, DE 19899 | Wilmington, Delaware 19801 |
| (302) 655-5000 | (302) 651-7700 |
| sbrauerman@bayardlaw.com | shandler@rlf.com |
| emiller@bayardlaw.com | mowery@rlf.com |
| | |
| *Attorneys for Plaintiff Weyerhaeuser Company* | *Attorneys for Defendants Domtar Corporation and Domtar Paper Company, LLC* |

Dated: May 17, 2017